## TOM McGEE v. STATE.

No. A-3344—Opinion Filed January 12, 1920.

(186 Pac. 244.)

**APPEAL AND ERROR—Failure to File Brief or Argue—Affirmance.** Where the defendant, convicted of a felony, appeals from the judgment and no briefs are filed, nor argument presented, this court will make an examination of the record proper, and, if no error is apparent, will affirm the judgment.

*Appeal from District Court, Wagoner County;
Chas. G. Watts, Judge.*

Tom McGee was convicted of cattle theft, and he appeals. Affirmed.

*Graves & Dickey* and *Scothorn & McRill*, for plaintiff in error.

The Attorney General and *W. C. Hall*, Asst. Atty. Gen., for the State.

DOYLE, P. J.   Plaintiff in error, Tom McGee, was tried and convicted in the district court of Wagoner county on an information charging the theft of one red heifer, the property of Lizzie Hawkins, and in accordance with the verdict of the jury he was sentenced to serve a term of five years in the penitentiary. An appeal by petition in error and transcript was filed in this court on May 6, 1918. No brief has been filed, and when the case was called for final submission no appearance was made on behalf of the plaintiff in error. Thereupon the Attorney General moved to affirm the judgment for failure to prosecute the appeal.

We have examined the record, and we have discovered no error which would warrant a reversal of the judgment.

The judgment of the district court of Wagoner county is therefore affirmed. Mandate forthwith.

ARMSTRONG and MATSON, JJ., concur.